FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 0 7 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN V. TROIANO, <br><br> Defendant. | 2:07-CR-151-KJD-LRL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#11) on November 9, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $146,902.40

Name of Payee: Shepard Eye Center
Amount of Restitution: $492,024.60

**Total Amount of Restitution Ordered: $638,927.00**

Dated this _6th_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE